IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAVIN, COLEMAN, O'NEIL, RICCI,
FINARELLI & GRAY
BY:       Christine O. Boyd, Esquire         Attorneys for Defendant,
Identification No. 28282                     Cooper Industries, Inc.
510 Walnut Street, Suite 1000
Philadelphia, PA 19106
(215) 627-0303

---

| | | |
|---|---|---|
| THOMAS MCCUE | : | CIVIL ACTION |
|         Plaintiff | : | |
| | : | |
|  v. | : | No.    O2-CV-4824 |
| COOPER INDUSTRIES, INC., THE HOME | : | |
| DEPOT, AND HOME DEPOT U.S.A., INC. | : | |
| | : | |
|         Defendant | : | |

### ENTRY OF APPEARANCE AND DEMAND FOR JURY TRIAL

TO THE CLERK OF THE COURT:

   Kindly enter my appearance on behalf of Defendant, Cooper Industries, Inc. and demand for a trial by twelve (12) jurors.

                                      LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY

                                      BY:_____
                                          CHRISTINE O. BOYD, ESQUIRE
                                          Attorney for Defendant,
                                          Cooper Industries, Inc.

Date: August 5, 2002