<u>PRETRIAL REPORT AND ORDER</u>

DATE PRETRIAL HELD:  November 27, 2002         NO.  02-4824

CASE CAPTION: MCCUE
              V
              COOPER

1.  TRIAL COUNSEL            FOR PLAINTIFF: J. CHAIKEN

                             FOR DEFENDANT: C. BOYD


2.  STATUS OF CASE:   PLAINTIFF DEMANDS $250,000.  IME IS NEXT WEEK.  DEFENDANT WILL SET TELEPHONE CONFERENCE 12/18/02 AT 10:00.


3.  TRIAL DATE:

4.  JURY/NONJURY:

5.  PRETRIAL MEMORANDA AND POINTS FOR CHARGE OR PROPOSED FINDINGS
    OF FACT AND CONCLUSIONS OF LAW:

        PLAINTIFF   :
        DEFENDANT(S):

NOTE:  ALL DOCUMENTS, PHOTOS, ETC. ARE TO BE MARKED BEFORE TRIAL
       AND A COPY GIVEN TO OPPONENT(S), OR OPPONENT(S) BE ALLOWED
       TO COPY THEM.

POINTS FOR CHARGE ARE TO BE SUBMITTED IN DUPLICATE - EACH POINT
ON A SEPARATE PAGE.

Copy forwarded to counsel listed above.

                              SO ORDERED:


                              _____
                                   CHARLES R. WEINER